| | |
|---|---|
| 1 | Michael L. Mallow, SBN 188745 |
| | mmallow@sidley.com |
| 2 | Rachel A. Straus, SBN 268836 |
| | rstraus@sidley.com |
| 3 | SIDLEY AUSTIN LLP |
| | 555 West Fifth Street, Suite 4000 |
| 4 | Los Angeles, California  90013 |
| | Telephone:  (213) 896-6000 |
| 5 | Facsimile:  (213) 896-6600 |
| 6 | Attorneys for Defendant |
| | MAZDA MOTOR OF AMERICA, INC. |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIELLE STEDMAN, ZACHARY RICHMOND, and GARY BARRIOS, on behalf of themselves and all others similarly situated, | Case No. 14-cv-01608-JVS-AN |
| | Assigned to: Hon. James V. Selna |
| Plaintiffs, | |
| vs. | **PROTECTIVE ORDER** |
| MAZDA MOTOR CORPORATION, MAZDA MOTOR OF AMERICA, INC., , | |
| Defendants. | |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

GOOD CAUSE APPEARING THEREFORE, IT IS ORDERED THAT the terms of the Protective Order as described in the Stipulation for a Protective Order between Defendants and Plaintiffs in paragraphs 1 through 34, which was filed with this Court on March 20, 2015, shall be entered as the order of the Court and be binding upon the parties and signatories to **Exhibit "A."**

**IT IS SO ORDERED.**

DATED  March 31, 2015

_____
HON. JAY C. GANDHI
UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF
CALIFORNIA